EDWARD H. KUBO, Jr.    #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Violent Crime Section

WES REBER PORTER    #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2004

at __ o'clock and __ min. __M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04-00213 DAE |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| BENEDICT RAQUEL, ) | [18 U.S.C. § 922(g)(8)] |
| Defendant. ) | |

## I N D I C T M E N T

(18 U.S.C. § 922(g)(8))

The Grand Jury charges that:

On or about May 17, 2004, in the District of Hawaii, defendant BENEDICT RAQUEL, who was subject to a court order that meets the requirements of Title 18 United States Code, Sections 922(g)(8)(A), (B) and (C)(ii), did knowingly possess in and

affecting commerce a firearm, to wit: a Bryco, Model Jennings J-22, 22 caliber semi-automatic pistol, bearing Serial Number 185595 and ammunition, to wit: thirty-one (31) rounds of CCI 22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

DATED: June 2, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

2