ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00213DAE |
| BENEDICT RAQUEL<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA KUPONO |
|---|---|
| | Date and Time<br>06/06/2006 @ 1:30 p.m. |
| Before: David Alan Ezra, United States District Judge | |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title United States Code, Section(s).

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2006

at __9__ o'clock and __60__ min __A__ M
SUE BEITIA, CLERK

RECEIVED 2006 APR 26 PM 1:44 U.S. MARSHALS SERVICE HONOLULU, HI.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark<br>Here |
| Return Receipt Fee<br>(Endorsement Required) | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | 5/18/06 |

Sent To: Benedict Raquel
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

April 25, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 04-00213DAE
                                                                 BENEDICT RAQUEL

## RETURN OF SERVICE

Service as made by me on:¹                           Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of
    suitable age and discretion then residing therein and mailed a copy of the summons to the
    defendant's last known address
    Name of person with whom the summons was left: _____

    I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on _____          _____~~Mark M. Hanohano~~_____
                Date                  Name of United States Marshal


                                      _____
                                      (by) Deputy United States Marshal

Remarks:

¹As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Benedict Raquel
   P. O. Box 1897
   Keaau, HI 96749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]            ☒ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   KEAAU MR RAQUEL              JUL 19 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 1830 5549

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540