# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00213DAE |
| CASE NAME: | USA v. Benedict Raquel |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Pamela Byrne |
| USPO: | Mark Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/16/2006 | TIME: | 10:30am-10:45am |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Benedict Raquel present, not in custody.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD IN ABEYANCE.  Further Order to Show Cause Why Supervised Released Should Not Be Revoked set for 10/18/2006 @1:30pmDAE.

SUPERVISED RELEASE CONDITIONS MODIFIED:

1) That the defendant is prohibited from possessing, selling, buying, or otherwise engaging in the transfer of any merchandise that is specifically designed for use in cockfighting activities, including but not limited to the following: gaffs, blades, leashes, gaff-covers, blade-covers, sheaths, and lashes.

2) That the defendant is prohibited from possessing, selling, buying, or otherwise engaging in the transfer of any live game fowl.

3) That the defendant is prohibited from participating in any form of cockfighting and/or gambling; being in the presence of any cockfighting or gambling; frequenting any business, residence or area where any cockfighting and/or gambling activities have occurred or are presently occurring; and associating with any persons engaged in cockfighting and/or gambling.

Order to be prepare by Ms. Byrne.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager