EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,          )<br>                                )<br>    vs.                         )<br>                                )<br> BENEDICT RAQUEL,               )<br>                                )<br>           Defendant.           )<br>_____) | CR. NO. 04-00213 DAE<br><br>ORDER MODIFYING CONDITIONS OF<br>RELEASE |

ORDER MODIFYING CONDITIONS OF RELEASE

On June 16, 2006, an Order to Show Cause Why Supervised Release Should Not Be Revoked came on for hearing before the Honorable David A. Ezra. The defendant was present with his attorney, Assistant Federal Public Defender Pamela Byrne, and AUSA Wes Porter was present on behalf of the United States.

IT IS HEREBY ORDERED that special conditions of release shall be modified as follows with all previously ordered

conditions remaining in effect:

    1.  That the defendant is prohibited from possessing, selling, buying, or otherwise engaging in the transfer of any merchandise that is specifically designed for use in cockfighting activities, including but not limited to the following: gaffs, blades, leashes, gaff-covers, blade-covers, sheaths, and lashes.

    2.  That the defendant is prohibited from possessing, selling, buying, or otherwise engaging in the transfer of any live game fowl.

    3.  That the defendant is prohibited from participating in any form of cockfighting and/or gambling; being in the presence of any cockfighting or gambling; frequenting any business, residence or area where any cockfighting and/or gambling activities have occurred or are presently occurring; and associating with any persons engaged in cockfighting and/or gambling.

    4.  That the defendant serve 3 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence without the prior approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.  The defendant will also be responsible for the payment of the electronic monitoring costs as directed by the

Probation Office.

    SO ORDERED.

    DATED: June 28, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM:

 /s/ Pamela J. Byrne
PAMELA J. BYRNE
Assistant Federal Public Defender

United States v. Benedict Raquel
Cr. No. 04-00213 DAE
Order Modifying Conditions of Release