AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00213 DAE -01 |
| BENEDICT RAQUEL<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2007

at 10 o'clock and 30 min. A M
SUE BEITIA, CLERK

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: David Alan Ezra, United States District Judge | Date and Time<br>Wednesday, April 25, 2007 at 1:30 p.m. |

To Answer a Supervised Release Violation Petition

Brief description of offense:

Possession of a cockfighting rooster, a hen, and/or chicks, in violation of Special Condition No. 6

RECEIVED
2007 MAR 28 AM 9:49
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer/Deputy Clerk

March 27, 2007
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00213 DAE -01
USA vs. Benedict Raquel

## RETURN OF SERVICE

Service as made by me on:[1]          Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____  _____ Mark M. Hanohano
              Date            Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

